Charles P. Campbell, plaintiff in error, v. James A. Silver, defendant in error.   Gen. No. 30,020.

Action for assault and battery.   Judgment for defendant on verdict.   Error to the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding.   Heard in the second division of this court for the first district at the March term, 1925.   Reversed and remanded.   Opinion filed December 8, 1925.

A. W. Martin and Edward H. S. Martin, for plaintiff in error. Lester E. Lee, Robert G. Phelps and DeWitt Cleland, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

The Tribune Company, appellee, v. Woodlawn Department Store Building Corporation, appellant.   Gen. No. 30,027.

Action upon contract.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding.   Heard in the second division of this court for the first district at the March term, 1925.   Affirmed.   Opinion filed December 8, 1925.

Green, Beverly & Rice, for appellant; Charles E. Green, of counsel. McCormick, Kirkland, Patterson & Fleming, for appellee; William H. Symmes and David Jacker of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

Anne Deegan, administratrix of the estate of John P. Deegan, deceased, appellee, v. Hydrox Company, appellant.   Gen. No. 30,064.

Action for death caused by negligent driving of electric truck.   Judgment for plaintiff.   Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding.   Heard in the second division of this court for the first district at the March term, 1925.   Affirmed. Barnes, J., dissenting.   Opinion filed December 8, 1925.   Rehearing denied December 17, 1925.

Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant.   Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Harry W. Standidge, appellant, v. Charles M. Thomson et al., appellees.   Gen. No. 30,096.

Action for damages from the making of alleged false statements and findings in a judicial opinion.   Judgment for defendants.   Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding.   Heard in the second division of this court for the first district at the March term, 1925.   Affirmed.   Opinion filed December 8, 1925.

Harry W. Standidge, for appellant.   Horace Kent Tenney, for appellees.

Mr. Justice Fitch delivered the opinion of the court.